UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00056-RJC-DSC

| | |
|---|---|
| LEKAYLE BOOKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)     **ORDER**<br>SAFECO INSURANCE and DIRECT )<br>INSURANCE, )<br>)<br>Defendants. )<br>) | |

**THIS MATTER** comes before the Court *sua sponte*.

Plaintiff filed her pro se complaint on February 4, 2019. (Doc. No. 1.) On October 18, 2019, the Court granted Plaintiff and attorney Chris Osborn's Motion for Appointment of Program Counsel. (Doc. No. 14.) The Court appointed Chris Osborn as Program Counsel for Plaintiff to assist her with the settlement conference and procedures associated with the Pro Se Settlement Assistance Program. (Doc. No. 14, ¶ 3.) The Court directed the parties to designate a mediator and file an appropriate Notice of Designation of Mediator on or before November 1, 2019. (Doc. No. 14, ¶ 4.) The Court further directed the parties to hold a mediated settlement conference on or before December 17, 2019. (Doc. No. 14, ¶ 5.) Within five days after the settlement conference, the mediator was to file a report with the Court indicating the result of the conference. (Doc. No. 14, ¶ 5.)

The parties have neither filed their Notice of Designation of Mediator nor conducted the mediated settlement conference as required.

**IT IS THEREFORE ORDERED** that **within seven (7) days** of the date of this Order, the parties shall designate a mediator who is certified in this district and file an appropriate Notice of Designation of Mediator. **Within forty-five (45) days** of the date of this Order, the parties shall hold a mediated settlement conference, and the mediator shall file a report within five days after the conclusion of the conference indicating the result thereof.

Signed: August 5, 2020

Robert J. Conrad, Jr.
United States District Judge